AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

GREGORY SCOTT

V.

NORMENT SECURITY GROUP, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:06cv654 –

TO: (Name and address of Defendant)

Norment Security Group, Inc.
Attn: Burtice L. Bright, SPHR
3224 Mobile Highway
Montgomery, Alabama 36108

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Braxton Schell, Jr.
Braxton Schell, Jr. P.C.
1330 21st Way South, Suite 210
Birmingham, Alabama 35205

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 8/1/06