**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Burtice L. Bright, SPHR
   Norment Security Group
   3224 Mobile Hwy
   Montgomery, AL 36108

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): Kaye Kelley    B. Date of Delivery: 8/2/06

C. Signature:
   X Kay Kelley
   ☐ Agent
   ☐ Addressee

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:
   2:04CV654 SRW
   20

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number: 7005 1820 0005 9506 4255

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952