IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06CV654-VPM |
| | ) | [WO] |
| NORMENT SECURITY GROUP, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the defendant's Unopposed Motion For an Extension of Time to File Answer, filed on 22 August 2006 (Doc. # 4), is GRANTED. The defendant shall file its Answer or other response to the complaint on or before 29 August 2006. The court is mindful that the defendant delayed its request for an extension until the deadline for filing its Answer and, accordingly, admonishes the defendant for doing so. A party should not file a motion for extension on or after the due date for filing the pleading or other document. FED.R.CIV.PROC. Rule 6(b); *See Hill v. DeKalb Regional Youth Detention Center*, 40 F.3d 1176 (11th Cir. 1994).

DONE this 24th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE