**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                             TELEPHONE (334) 954-3600

September 6, 2006

## NOTICE OF REASSIGNMENT

RE:   Gregory Scott v. Norment Security Group, Inc.
      Civil Action No. 2:06cv00654-VPM

The above-styled case has been reassigned to District Judge Mark E. Fuller.

Please note that the case number is now 2:06cv00654-MEF. This new case number should be used on all future correspondence and pleadings in this action.

Sincerely,

Sheryl K. Lent
Deputy Clerk