IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT | : |
| Plaintiff, | : Civil Action No.: |
| vs. | : 2:06 CV 654 |
| NORMENT SECURITY GROUP, INC. | : |
| Defendant. | : |

## PLAINTIFF'S MOTION FOR ADMISSION
## *PRO HAC VICE* OF CRAIG IZARD

Plaintiff, Gregory Scott, respectfully requests that Craig Izard be admitted to practice before this Court on behalf of Plaintiff in the matter of *Gregory Scott vs. Norment Security Group, Inc.*. In support of this motion, Plaintiff respectfully represents as follows.

Craig Izard is admitted to practice in the Northern District of Alabama and is in good standing with said court, as evidenced by the Certificate of Good Standing attached hereto as Exhibit A. He practices in Birmingham, Alabama and his mailing address is P.O. Box 130277, Birmingham, AL, 35213; telephone: 205-933-0119; e-mail: craigizard@msn.com.

Should this motion be granted, Mr. Izard will, in good faith, be bound and will, in all respects, abide by the rules and regulations of this Court as to any and all matters arising during or pertaining to the above-entitled cause, and will subject and submit himself to the full disciplinary powers of this Court.

The law office of Braxton Schell, Jr., P.C., 1330 21st Way S., Suite 210, Birmingham, Alabama 35205, will represent Plaintiff as local counsel.

WHEREFORE, Plaintiff respectfully moves for admission before this Court of Craig Izard for the purpose of representing Plaintiff in this matter.

_____
Braxton Schell, Jr.

BRAXTON SCHELL, JR., P.C.
1330 – 21st Way South
Suite 210
Birmingham, Alabama 35205
(205) 933-8512

OF COUNSEL:

CRAIG IZARD
P.O. Box 130277
Birmingham, AL 35213
(205) 933-0119

_____
Craig Izard

ATTORNEYS FOR PLAINTIFF GREGORY SCOTT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all opposing counsel listed by placing a copy of same in the United States mail, this the 15th day of ~~August~~ SEPTEMBER, 2006.

_____
Of Counsel

2

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon Harris
Clerk

## CERTIFICATE OF GOOD STANDING

I, Sharon Harris, Clerk of the United States District Court, Northern District of Alabama,

**DO HEREBY CERTIFY** that **CRAIG R. IZARD** was duly admitted to practice in said Court on **December 3, 1976**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on July 18, 2006.

SHARON HARRIS, CLERK

By *Shirley Brown*
Deputy Clerk