IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GREGORY SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-654-MEF |
| | ) | |
| NORMENT SECURITY GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

Upon consideration of the Motion for Craig Izard to Appear Pro Hac Vice (Doc. #9) filed on September 19, 2006, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 21st day of September, 2006.

                                              /s/ Mark E. Fuller
                                              CHIEF UNITED STATES DISTRICT JUDGE