UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **GREGORY SCOTT** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**NORMENT SECURITY GROUP, INC.** )<br>)<br>    **Defendants.** ) | **Civil Action No. 2:06cv00654-MEF** |

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances:**

   Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on September 25, 2006 and was attended by:

   a.  Appearing on behalf of Plaintiff:
       Braxton Schell, Jr.

   b.  Appearing on behalf of Defendant:
       Bruce J. Downey, III

2. **Parties:**

   a.  Plaintiff should be allowed until **October 25, 2006** to join additional parties.

   **b.**  Defendant should be allowed until **November 25, 2006** to join additional parties.

3. **Pleadings:**

   a.  The plaintiff shall have until **November 3, 2006** to amend the pleadings.

   b.  The defendant shall have until **December 3, 2006** to amend the pleadings.

4. **Dispositive Motions:**

All potentially dispositive motions should be filed by **July 7, 2007.**

5. **Expert Testimony:**

Reports from retained experts under Rule 26(a)(2) due:

a. from plaintiff by **January 31, 2007**;

b. from defendant by **March 2, 2007**.

6. **Discovery Plan:** The parties jointly propose to the court the following discovery plan:

a. Unless modified by stipulation of the parties:

All discovery commenced in time to be completed by **June 1, 2007.**

Maximum of 30 interrogatories by each party to any other party.

Maximum of 30 requests for admission by each party to any other party.

Maximum of 10 depositions by plaintiff and 10 by defendant.

b. Supplementations under Rule 26(e) due 30 days before the close of discovery.

c. Pre-Discovery Disclosures**.** The Parties will exchange by **November 3, 2006** the information required by Local Rule 26.1(a)(1).

7. **Pre-trial conference:**

The parties request a pretrial conference in **August, 2007**, in Montgomery, Alabama

8. **Trial:**

This case will be ready for trial in **September, 2007,** and is expected to last 2-3 days.

9. **Final Lists**:

Final lists of trial evidence under Rule 26 (a) (3) should be due:

a. From plaintiff: witnesses by **30 days** before trial; exhibits by **30 days** before trial

  b. From defendant: witnesses by **30 days** before trial; exhibits by **30 days** before trial.

  Parties should have **10** days after service of final lists of trial evidence to list objections under Rule 26 (a) (3).

  10. **Scheduling Conference:**

  The parties **do not request** a conference with the court before entry of the scheduling order.

  Trial is expected to take approximately **2-3** days.

  Submitted this the **25th** day of **September, 2006**.

                    **s/Braxton Schell, Jr.**
                    Braxton Schell, Jr.
                    Craig Izard
                    Attorneys for Plaintiff

OF COUNSEL:
Braxton Schell, Jr., P.C.
1330 21st Way South, Suite 210
Birmingham, Alabama 35205
Telephone: (205) 933-8512

Craig Izard, Esq.
P.O. Box 130277
Birmingham, AL 35213
Telephone: (205) 933-0119

                    **s/Bruce J. Downey, III**
                    Bruce J. Downey, III
                    Attorney for Defendant

OF COUNSEL:
Capell & Howard, P.C.
P. O. Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8060 (Direct)