IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>NORMENT SECURITY GROUP, )<br>INC., )<br>)<br>Defendant. ) | CASE NO.: 2:06-CV-00654-MEF |

## JOINT MOTION TO EXTEND DISCOVERY

COME NOW the parties and request that the Court extend the discovery cutoff in this matter for approximately thirty days from the date initially set in the Parties' Planning Meeting, to-wit: until July 1, 2007. As grounds for this motion the parties show as follows:

1. That no pretrial conference or trial date has been set in this matter and no scheduling order has been entered.

2. That the parties have cooperated on discovery, have conducted written discovery, but have had difficulty setting deposition dates due to scheduling conflicts and the fact that Defendant's primary witness has moved out-of-state.

3. That no party will be prejudiced or inconvenienced by allowing additional time for discovery.

Respectfully submitted,

s/Braxton Schell, Jr.                                    s/Bruce J. Downey, III.
**BRAXTON SCHELL, JR.**                  **BRUCE J. DOWNEY, III**
**Attorney for Plaintiff Gregory Scott**    **Attorney for Defendant**
                                                                **Norment Security Group, Inc.**

BRAXTON SCHELL, JR., P.C.              CAPELL & HOWARD, P.C.
1330 - 21st Way S.                                  150 South Perry Street (36104)
Ste. 210                                                     Post Office Box 2069
Birmingham, AL 35205                         Montgomery, Alabama 36102-2069
                                                                Telephone:    (334) 241-8000
                                                                Facsimile:     (334) 323-8888

1

1091051