IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-654-MEF |
| ) | |
| NORMENT SECURITY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the Joint Motion to Extend Discovery (Doc. #15) filed on May 21, 2007, it is hereby

ORDERED that the motion is DENIED as moot in light of the Uniform Scheduling Order entered by the court on September 28, 2006.

DONE this the 23rd day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE