IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO.: 2:06-CV-00654-MEF |
| NORMENT SECURITY GROUP, INC., | ) |
| | ) |
|    Defendant. | ) |
| | ) |

## JOINT MOTION TO EXTEND TIME FOR DISPOSITIVE MOTIONS

    Your counsel apologizes to the Court for misstating that a scheduling order had not been entered. For reasons unknown, neither counsel for either party had the order in their pleadings files. The order the Court has already entered does moot the need to extend the discovery cutoff, but a review of it reveals that the dispositive motion cutoff remains a problem due to the deposition difficulties averred in the prior motion. The motion cutoff is now July 3, 2007. The Parties ask that it be extended fourteen days, until July 17, 2007, so that any motion can be filed after depositions set for June 19th and 20th.

    Dated this the 6th day of June, 2007.

                                                          **s/Braxton Schell, Jr.**
                                                          **BRAXTON SCHELL, JR.**
                                                          **Attorney for Plaintiff Gregory Scott**

**OF COUNSEL:**
Braxton Schell, Jr., P.C.
1330 - 21st Way S.
Ste. 210
Birmingham, AL 35205

                                                          **s/Bruce J. Downey, III**
                                                          **BRUCE J. DOWNEY, III**
                                                          **Attorney for Defendant**
                                                          **Norment Security Group, Inc.**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:    (334) 241-8000
Facsimile:    (334) 323-8888

1092510