IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-654-MEF |
| ) | |
| NORMENT SECURITY GROUP, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Deadline for Dispositive Motions (Doc. #17) filed on June 6, 2007, it is hereby

ORDERED that the motion is DENIED.

DONE this the 8th day of June, 2007.

                                        /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE