**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **GREGORY SCOTT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No.: 2:06-CV-00654-MEF |
| ) | |
| **NORMENT SECURITY GROUP,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

**CORPORATE/CONFLICT DISCLOSURE STATEMENT**

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

The following entities are hereby reported:

Compudyne Corporation

Tiburon, Inc.

Fiber Senys, Inc.

Dated:  June 14, 2007
                                                                         s/ Bruce J. Downey, III
                                                                         **BRUCE J. DOWNEY, III
                                                                         Attorney for Defendant
                                                                         Norment Security Group, Inc.**

**OF COUNSEL**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Facsimile: (334) 323-8888

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 14, 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Braxton Schell, Jr., Esq.
BRAXTON SCHELL, JR., P.C.
1330 21st Way South, Suite 210
Birmingham, Alabama 35205


                                      /s Bruce J. Downey, III_____
                                      Of Counsel