IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

GREGORY SCOTT, )
)
Plaintiff, )
)
v. ) CASE NO. 2:06-cv-00654-MEF
)
NORMENT SECURITY GROUP, INC., )
)
Defendants, )

### CONFLICT DISCLOSURE STATEMENT

COMES NOW Norment Security Group, Inc., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Compudyne Corporation | Parent Corporation |
| Tiburon, Inc. | Sister Corporation |
| Fiber Senys, Inc. | Sister Corporation |

6/15/2007         s/Bruce J. Downey, III
Date              (Signature)

Bruce J. Downey, III
(Counsel's Name)

Norment Securities Group, Inc.
Counsel for (print names of all parties)

Capell & Howard, P.C.
Post Office Box 2069, Montgomery, AL 36102-2069
Address, City, State Zip Code

334-241-8000
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Bruce J. Downey, III _____, do hereby Certify that a true and correct copy of the foregoing has been furnished by CM/ECF electronic mail _____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 15th ____ day of June _____ 20 07, to:

Braxton Schell, Jr.; Braxton Schell, Jr., P.C.; 1330 21st Way South, Suite 210, Birmingham, AL 35205

6/15/2007
Date

s/ Bruce J. Downey, III
Signature