## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **GREGORY SCOTT** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv00654-MEF-WC |
| ) | |
| **NORMENT SECURITY GROUP, INC.** ) | |
| ) | |
| **Defendants.** ) | |

### RESPONSE TO MOTION FOR ENFORCEMENT AND MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned counsel for plaintiff Gregory Scott files this response to Defendant's Motion for Enforcement, etc. and also moves this Court for leave to withdraw as counsel of record for plaintiff. The undersigned shows as follows in support of this motion and response:

Defendant's Notice to the Court and Motion for Enforcement correctly sets forth the facts with respect to this situation. Mr. Scott told the undersigned "to present a demand for $12,500" in settlement of the case. Based on that authorization the demand was presented to defendant and accepted. Scott was then informed by a voicemail message that the case had been settled. Within a day or so Scott had responded claiming that when he said to "present the offer" to defendant he did not mean that he would necessarily accept that amount. I told him that under the circumstances I would no longer represent him if he backed out of the offer after it had been accepted, because he had given authorization. Upon reflection, Scott decided that he wanted to seek new counsel and "pursue his claim".

There is now an irrevocable and irreconcilable conflict and breakdown between the undersigned and Mr. Scott. I am forwarding Defendant's Notice to the Court and this Response to Mr. Scott today. I respectfully request that the Court allow me to withdraw as counsel of record, and in fairness to Mr. Scott enter an Order giving him a reasonable period of time to attempt to locate other counsel or to otherwise response to defendant's Notice and Motion to Enforce. I assert a lien on any settlement proceeds for the amount which would have been payable as attorney's fees and expenses under the terms of the agreement with respect to this case and ask that those amounts be paid out of the settlement if it is enforced or out of any ultimate settlement or verdict should the case proceed in some other fashion.

                        Respectfully submitted,

                        _____
                        s/Braxton Schell, Jr.

OF COUNSEL:
Braxton Schell, Jr., P.C.
1330 21st Way South, Suite 210
Birmingham, Alabama 35205
Telephone: (205) 933-8512

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce J. Downey, III
Capell & Howard
P. O. Box 2069
Montgomery, Alabama 36102-2069

      This is to certify that a copy of the above and foregoing has been served on the following, by placing a copy of same in the United States mail, postage prepaid, this the **3rd** day of **July, 2007.**

Gregory Scott
2667 Davenport Road
Greenville, Alabama 36037

                                                _____
                                                s/Braxton Schell, Jr.