IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY L. SCOTT, | ) |
| | ) |
|    PLAINTIFF, | ) |
| | ) |
| v. | )   CASE NO.: 2:06-cv-654-MEF |
| | ) |
| NORMENT SECURITY GROUP, | ) |
| | ) |
|    DEFENDANT. | ) |

## **ORDER**

This cause is before the Court on the Notice to the Court and Motion for Enforcement of Settlement or, Alternatively, to Dismiss (Doc. # 22) filed by the Defendant on July 3, 2007, and the Response to Motion for Enforcement and Motion for Leave to Withdraw as Counsel (Doc. # 23) filed by counsel for Plaintiff on July 3, 2007. It is hereby ORDERED as follows:

(1) Counsel for Plaintiff is DIRECTED to provide a copy of this Order to the Plaintiff.

(2) Counsel for Plaintiff is DIRECTED to file with the Court a document setting forth the address and telephone number(s) for Plaintiff by no later than July 6, 2007.

(3) The Motion for Leave to Withdraw (Doc. # 23) is GRANTED. Nothing in this ruling is intended to relieve counsel for Plaintiff from his obligations under paragraphs 1 and 2 of this Order.

(4) On or before July 13, 2007, Defendant shall file a brief in support of its motion setting forth the specific legal authority for the relief it seeks *and* this Court's authority to

enforce the purported settlement agreement between the parties.

(5) On or before July 20, 2007, Plaintiff Gregory Scott shall file a response setting forth the factual *and* legal basis to his opposition to the motion, if any. If Plaintiff Gregory Scott is not represented by counsel at that time, he is still required to comply with this deadline. Plaintiff Gregory Scott is hereby cautioned that failure to comply with Orders of this Court could result in the dismissal of this action for want of prosecution.

DONE this the 5th day of July, 2007.

                                              /s/ Mark E. Fuller  
                                          CHIEF UNITED STATES DISTRICT JUDGE