# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | | |
|---|---|---|
| **GREGORY SCOTT** | ) | |
| | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | 2:06cv00654-MEF-WC |
| | ) | |
| **NORMENT SECURITY GROUP, INC.** | ) | |
| | ) | |
|     **Defendants.** | ) | |

## RESPONSE OF BRAXTON SCHELL, JR.
## TO COURT'S ORDER OF JULY 5, 2007

The undersigned former counsel for plaintiff in the above-styled case responds to the Court's Order of July 5, 2007 as follows:

1. Counsel has provided a copy of this Order to the plaintiff as directed.

2. Mr. Scott's address is 2667 Davenport Road, Greenville, Alabama 36037. His telephone number (cell) is (334) 437-0061.

                                                                                       Respectfully submitted,

                                                                                       _____
                                                                                       s/Braxton Schell, Jr.

OF COUNSEL:
Braxton Schell, Jr., P.C.
1330 21st Way South, Suite 210
Birmingham, Alabama 35205
Telephone: (205) 933-8512

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 6, 2007**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce J. Downey, III
Capell & Howard
P. O. Box 2069
Montgomery, Alabama 36102-2069

This is to certify that a copy of the above and foregoing has been served on the following, by placing a copy of same in the United States mail, postage prepaid, this the **6th** day of **July, 2007.**

Gregory Scott
2667 Davenport Road
Greenville, Alabama 36037

_____
s/Braxton Schell, Jr.