UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 2:06cv00654-MEF-WC |
| ) | |
| NORMENT SECURITY GROUP, INC. ) | |
| ) | |
| Defendants. ) | |

State of Alabama )
County of Jefferson )

### AFFIDAVIT OF BRAXTON SCHELL, JR.

I, am Braxton Schell, Jr., attorney at law, admitted to practice before the U.S. District Court for the Middle District of Alabama. Along with my co-counsel, Craig Izard, I represent Gregory Scott in the action pending in that court, *Gregory Scott v. Norment Security Group, Inc.*; case number 2:06cv00654-MEF-WC.

On June 18, 2007 I entered into a settlement agreement with the defendant's attorney on Mr. Scott's behalf, settling his case for a total payment of $12,500 from the defendant. I did this with his specific authority. I considered the settlement fair considering the various aspects of the case.

My co-counsel and I had an agreement with Mr. Scott that we would receive an attorney's fee of forty percent of any recovery after deduction of expenses. The attached letter was sent to Mr. Scott before he finally decided to renege on the settlement. It sets

out the fees and expenses to which Mr. Izard and I are entitled and some of the other terms of the settlement.

I have personal knowledge of the matters set forth herein and could and would testify thereto if called upon to do so at trial. I make this affidavit under penalties of perjury.

Dated this 11th day of July, 2007.

_____
Braxton Schell, Jr.

STATE OF ALABAMA )
Jefferson COUNTY )

I, the undersigned authority, a Notary Public in and for said state and county, hereby certify that Braxton Schell, Jr., whose name is signed to the foregoing instrument, and who is known to me, acknowledged before me on this date, that being informed of the contents of said instruments, he executed the same voluntarily, on the day same bears the date.

Given under my hand and official seal this the 11th day of July, 2007.

_____
Notary Public

[SEAL]

My Commission Expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 7, 2010
BONDED THRU NOTARY

**BRAXTON SCHELL, JR., P.C.**
ATTORNEY AT LAW
1330 21st Way South
Suite 210
Birmingham, Alabama 35205
(205) 933-8512
(205) 933-1345 - fax

email address: wbschell@bellsouth.net

June 18, 2007

Gregory Scott
2667 Davenport Road
Greenville, Alabama 36037

Re:   Claim against Norment Security

Dear Mr. Scott:

This will confirm that we have settled your case for a total payment of $12,500. There are $530 in expenses (primarily the filing fee) and according to our agreement you will receive 60% of the net after expenses, which comes out to $7,182. The settlement will include dismissal of the lawsuit, a release of claims against Norment and a very strong confidentiality provision. Please do not disclose the amount of this settlement to anyone.

I will work with the lawyer for Norment to finalize the release, and either I or Mr. Izard will get back in touch with you to coordinate executing the release and making the payments from the settlement. I am told that I will have the settlement check in ten days, which I can then deposit into my trust account and disburse funds to you and for attorney's fees.

Mr. Izard and I appreciate the opportunity to represent you in connection with this matter. If you have any questions whatsoever, please do not hesitate to call.

Very truly yours,

Braxton Schell, Jr.

BS,Jr./amw