**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**GREGORY SCOTT,
PLAINTIFF**

)

VS.                                   CASE NUMBER 2:06-CV-00654-MEF

)

**NORMENT SECURITY GROUP,
DEFENDANT**

### NOTICE OF PLAINTIFF'S REAFFIRMATION OF TERMS OF SETTLEMENT

Comes now Craig Izard, attorney for Plaintiff, who states that the Plaintiff has on this date agreed to reaffirm the terms of settlement and requests that this Honorable Court deem the outstanding motion to enforce same as moot. Plaintiff has notified the Defendant's attorney's office of Plaintiff's position, and he anticipates filing a joint motion to dismiss this case in the near future.

/s/Craig Izard_____
CRAIG IZARD
Attorney at Law
P.O. Box 130277
Birmingham, AL 35213
(205) 933-0119

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served electronically upon opposing counsel, Bruce J. Downey III, on this the 20th day of July, 2007.

/s/Craig Izard_____