IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |  |
|---|---|---|
| GREGORY SCOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-654-MEF |
| | ) | |
| NORMENT SECURITY GROUP, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

The court has been notified by the parties that the dispute in the above-referenced case has been resolved. Accordingly, it is hereby

ORDERED that the parties file a joint stipulation of dismissal on or before August 24, 2007.

DONE this the 9th day of August, 2007.

    /s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE