IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GREGORY SCOTT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) CASE NO.: 2:06-CV-00654-MEF |
| NORMENT SECURITY GROUP, INC., | ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Defendant Norment Security Group, Inc. and Plaintiff Gregory Scott, by and through their undersigned counsel of record, having agreed upon a settlement of all claims at issue in this action, jointly stipulate that this action be dismissed with prejudice, with each party to bear its own costs.

s/Bruce J. Downey, III
**BRUCE J. DOWNEY, III**
**Attorney for Defendant**
**Norment Security Group, Inc.**

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000

s/Craig Izard
**CRAIG IZARD**
**Attorney for Plaintiff Gregory Scott**

**OF COUNSEL:**
P. O. Box 130277
Birmingham, AL 35213
Telephone: (205) 933-0119

1

1099044